UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GERRY ROBINSON                                                         CIVIL ACTION

VERSUS                                                                         NO: 05-5478

N. BURL CAIN, ET AL                                                    SECTION: A/5

### ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, **IT IS ORDERED** that the plaintiff's petition be **DISMISSED WITH PREJUDICE** as untimely.

March 26, 2008

                                                                                    _____
                                                                                           JAY C. ZAINEY
                                                                                    UNITED STATES DISTRICT JUDGE