UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GERRY ROBINSON**                                              CIVIL ACTION

**VERSUS**                                                      NO. 05-5478

**BURL CAIN, WARDEN**                                           SECTION "A"(5)

ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Gerry Robinson for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

March 11, 2011

UNITED STATES DISTRICT JUDGE